1  STEPHEN ZELLER, Bar No. 265664
   szeller@deconsel.com
2  CASEY JENSEN, Bar No. 263593
   cjensen@deconsel.com
3  DeCARLO & SHANLEY
   A Professional Corporation
4  533 S. Fremont Avenue, 9th Floor
   Los Angeles, California 90071-1706
5  Telephone: 213/488-4100
   Telecopier: 213/488-4180
6
   ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
7  ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES
   FOR THE CARPENTERS SOUTHWEST TRUSTS
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11                  SOUTHERN DIVISION

12

13  CARPENTERS SOUTHWEST              ) CASE NO. 8:20-cv-00133-DOC-
    ADMINISTRATIVE CORPORATION, a     )          ADS
14  California non-profit corporation; and )
    BOARD OF TRUSTEES FOR THE         )
15  CARPENTERS SOUTHWEST TRUSTS,      ) NOTICE OF MOTION AND
                                      ) MOTION FOR ENTRY OF
16              Plaintiffs,            ) DEFAULT FOR JUDGMENT
                                      )
17  v.                                )
                                      )
18  BRIAN R. JONES, also known as BRIAN ) Before the Honorable
    ROBERT JONES, individually and doing )     David O. Carter
19  business as AIRWALL INSTALLATION  )
    SERVICES, a sole ownership; and    )
20  DOES 1 through 10, inclusive,      )
                                      ) DATE: July 6, 2020
21              Defendants.            ) TIME: 8:30 a.m.
                                      ) CTRM: 9D
22  _____)

23  TO DEFENDANTS, BRIAN R. JONES, also known as BRIAN ROBERT JONES,

24  individually and doing business as AIRWALL INSTALLATION SERVICES, a

25  sole ownership:

26       PLEASE TAKE NOTICE that on July 6, 2020 at 8:30 a.m., or as soon

27  thereafter as counsel may be heard, in Courtroom 9D at 411 West Fourth Street,

28  Santa Ana, California, before the Honorable David O. Carter, United States

District Judge, plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, ("PLAINTIFFS"), will move the court to enter default judgment in favor of plaintiffs and against defendant, BRIAN R. JONES, also known as BRIAN ROBERT JONES, individually and doing business as AIRWALL INSTALLATION SERVICES, a sole ownership ("DEFENDANT"), for damages as requested in the first, second and third claims for relief, and for such other and further relief as the Court deems proper on the ground that the default has been entered against DEFENDANT for failure to answer or otherwise defend and that PLAINTIFFS have established their entitlement to the relief requested.

This motion is based upon the memorandum of points and authorities and declarations filed herewith, upon the papers and pleadings on file herein, and upon such further oral and documentary evidence as the court may require at the time of hearing of this motion.

DATED: 5/27/2020

DeCARLO & SHANLEY
A Professional Corporation

By: _____
STEPHEN ZELLER
Attorneys for Plaintiffs

# PROOF OF SERVICE
## (USDC Case No. 8:20-cv-00133-DOC-ADS)
## (Carpenters v. Brian R. Jones, etc.)

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On May 29, 2020, I served a copy of the foregoing document, described as: **NOTICE OF MOTION AND MOTION FOR ENTRY OF DEFAULT FOR JUDGMENT**

**on defendant, addressed as follows**:

> Brian R. Jones, aka Brian Robert Jones
> individually and dba Airwall Installation
> Services, a sole ownership
> 5452 Raintree Street
> Yorba Linda, California   92886

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

[X]   **(BY DEPOSIT FOR COLLECTION)**   I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**Executed on May 29, 2020, at Los Angeles, California.**

[X]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lucy J. Moure-Pasco