STEPHEN ZELLER, Bar No. 265664
szeller@deconsel.com
CASEY JENSEN, Bar No. 263593
cjensen@deconsel.com
DeCARLO & SHANLEY
a Professional Corporation
533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
Telephone: 213/488-4100
Telecopier: 213/488-4180

Attorneys for Plaintiffs, Carpenters Southwest
Administrative Corporation and Board of Trustees
for the Carpenters Southwest Trusts

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, <br><br> Plaintiffs, <br> vs. <br><br> BRIAN R. JONES, also known as BRIAN ROBERT JONES, individually and doing business as AIRWALL INSTALLATION SERVICES, a sole ownership; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 8:20-cv-00133-DOC-ADS <br><br> JUDGMENT <br><br> Before the Honorable <br> David O. Carter <br><br> Date: July 6, 2020 <br> Time: 8:30 a.m. <br> Ctrm: 9D |

///

This case came for hearing on July 6, 2020 before the Honorable David O. Carter, United States District Court Judge.

It appearing that defendant, BRIAN R. JONES, also known as BRIAN ROBERT JONES, individually and doing business as AIRWALL INSTALLATION SERVICES, a sole ownership, ("DEFENDANT"), having been regularly served with process, having failed to plead or otherwise defend this action and their default having been entered; on application of the CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, to the Court and after having considered the papers and arguments submitted in support thereof, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS have judgment as follows:

<u>AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' FIRST CLAIM FOR RELIEF AGAINST BRIAN R. JONES, also known as BRIAN ROBERT JONES, individually and doing business as AIRWALL INSTALLATION SERVICES, a sole ownership:</u>

| | | |
|---|---|---:|
| 1. | Unpaid contributions | $8,322.31 |
| 2. | Prejudgment Interest | 2,065.28 |
| 3. | Audit Fees | 2,300.00 |
| 4. | Attorneys' fees pursuant to Local Rule 55-3 | 1,299.55 |
| | GRAND TOTAL | $13,987.14 |

5. Plus costs to be determined after entry of judgment.

6. Pursuant to 28 U.S.C. §1961(a), this judgment shall bear interest at the rate of 10% per annum.

## AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' SECOND CLAIM FOR RELIEF AGAINST BRIAN R. JONES, also known as BRIAN ROBERT JONES, individually and doing business as AIRWALL INSTALLATION SERVICES, a sole ownership:

For an order compelling BRIAN R. JONES, also known as BRIAN ROBERT JONES, individually and doing business as AIRWALL INSTALLATION SERVICES, a sole ownership to submit his reports for the period January 2019 to present, with payment for the fringe benefit contributions.

## AS TO CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS' THIRD CLAIM FOR RELIEF AGAINST BRIAN R.

JONES, also known as BRIAN ROBERT JONES, individually and doing business as AIRWALL INSTALLATION SERVICES, a sole ownership:

    1.    For issuance of a permanent injunction restraining and enjoining BRIAN R. JONES, also known as BRIAN ROBERT JONES, individually and doing business as AIRWALL INSTALLATION SERVICES, a sole ownership ("DEFENDANT"), for so long as it remains bound to make any payments or contributions to the PLANS, from failing to deliver or cause to be delivered to CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, the following:

    a.    Complete, truthful and accurate Employers Monthly Reports to Trustees for the period January 2019 to the present,

    b.    A complete, truthful and accurate Employers Monthly Report to Trustees covering all employees of DEFENDANT, employed during the previous month under the AGREEMENT,

    c.    A declaration from a responsible employee of DEFENDANT, attesting from his or her personal knowledge under penalties of perjury to the completeness, truthfulness and accuracy for DEFENDANT's Monthly Report; and

///

///

///

- 4 -

d.  Checks for the full amount shown as owing to each Trust on DEFENDANT's Monthly Report, payable as designated on the Monthly Report.

DATED: July 22, 2020

*David O. Carter*

THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Presented by,

DeCARLO & SHANLEY
A Professional Corporation

By: _____
STEPHEN ZELLER
Attorney for Plaintiffs

**PROOF OF SERVICE**
**(USDC Case No. 8:20-cv-00133-DOC-ADS)**
**(Carpenters v. Brian R. Jones, etc.)**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: DeCARLO & SHANLEY, a Professional Corporation, 533 S. Fremont Avenue, Ninth Floor, Los Angeles, California 90071-1706.

On July 17, 2020, I served a copy of the foregoing document, described as: **[PROPOSED] JUDGMENT**

**on defendant, addressed as follows:**

> Brian R. Jones, aka Brian Robert Jones
> individually and dba Airwall Installation
> Services, a sole ownership
> 5452 Raintree Street
> Yorba Linda, California   92886

in said action, by placing [X] a true copy thereof, [ ] an original enclosed in sealed envelope(s).

[X]   **(BY DEPOSIT FOR COLLECTION)**   I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice, mail would be deposited with the United States Postal Service on that same day with postage thereon fully prepared at Los Angeles, California in the ordinary course of business. Following ordinary business practices, I caused such envelope(s), with postage thereon fully prepaid to be placed for collection and mailing.

I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**Executed on July 17, 2020, at Los Angeles, California.**

[X]   **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Lucy J. Moure-Pasco
